UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS HURTH, | ) | 1:05-CV-0597 OWW SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) | |
| | ) | [Doc. #7] |
| MICHAEL KNOWLES, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented in this matter by Kent A. Russell, Esq.

On December 2, 2005, Respondent filed a request for more time to file an answer to the petition. On December 16, 2005, Respondent filed an answer. Respondent having presented good cause to the court in his December 2, 2005, request, the Court will grant Respondent's request for an extension of time to file an answer *nunc pro tunc* to December 16, 2005.

Accordingly, it is HEREBY ORDERED that Respondent's request for an extension of time to file an answer is granted *nunc pro tunc* to December 16, 2005.

IT IS SO ORDERED.

**Dated:     January 5, 2006**            **/s/ Sandra M. Snyder**
23ehd0                                    UNITED STATES MAGISTRATE JUDGE