KENT A. RUSSELL (Bar #52021)
RUSSELL AND RUSSELL
2299 Sutter Street
San Francisco, CA 94115
Ph: 415-929-8301
Fax: 415-929-8303

Attorneys for Petitioner
PAUL THOMAS HURTH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS HURTH,<br><br>    Petitioner,<br><br>v.<br><br>MICHAEL KNOWLES, Warden,<br><br>    Respondent. | 1:05-CV-0597 OWW SMS HC<br><br>[~~PROPOSED~~] **ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE** |

    The court has reviewed Petitioner's application for a 30-day enlargement of time to file the Traverse in this matter.

    Good cause appearing, the extension request is GRANTED.

    Petitioner's Traverse is now due on or before February 16, 2006.

IT IS SO ORDERED.

**Dated:   January 19, 2006**              **/s/ Sandra M. Snyder**
23ehd0                                     UNITED STATES MAGISTRATE JUDGE