UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS HURTH, | ) | No. 1:05-CV-0597 OWW SMS HC |
| | ) | |
| Petitioner, | ) ) ) ) | **ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME TO FILE TRAVERSE** |
| v. | ) ) | |
| MICHAEL KNOWLES, Warden, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

The court has reviewed Petitioner's application for a 30-day enlargement of time to file the Traverse in this matter.

Good cause appearing, the request for an extension is GRANTED.

Petitioner's Traverse is now due on or before Monday, March 20, 2006.

IT IS SO ORDERED.

**Dated:   February 21, 2006**              /s/ Sandra M. Snyder
23ehd0                                                     UNITED STATES MAGISTRATE JUDGE