# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS HURTH, | ) | 1:05-CV-0597 OWW JMD HC |
| | ) | |
| Petitioner, | ) | SUPPLEMENT ORDER SCHEDULING |
| | ) | EVIDENTIARY HEARING (Doc. 36). |
| v. | ) | |
| | ) | |
| ROSEANNE CAMPBELL, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On July 14 2008, the Court ordered an evidentiary hearing, scheduled for April 28, 2009. The Court further directs that Respondent and Petitioner submit a joint statement estimating the expected duration of the evidentiary hearing and detailing the number of witnesses to be called by both sides.

Accordingly, the Court HEREBY ORDERS that the Respondent and Petitioner submit a joint statements within thirty (30) days from service of this order.

IT IS SO ORDERED.

**Dated:   February 6, 2009            /s/ John M. Dixon**
UNITED STATES MAGISTRATE JUDGE