# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS HURTH,<br><br>    Petitioner,<br><br>  v.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>    Respondent.<br>_____/ | CASE NO. 1:05-cv-00597 OWW JMD HC<br><br>NOTICE AND ORDER THAT PETITIONER IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

    An evidentiary hearing in this matter commenced on April 28, 2009. This matter is now under submission.

    Accordingly, Petitioner Paul Thomas Hurth, C.D.C.R. Inmate No. P-90149, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **April 28, 2009**                            **/s/ John M. Dixon**
                                                      UNITED STATES MAGISTRATE JUDGE