# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS HURTH,<br><br>    Petitioner,<br><br>    v.<br><br>ROSEANNE CAMPBELL,<br><br>    Respondent. | 1:05-CV-00597 OWW JMD HC<br><br>ORDER SETTING BRIEFING SCHEDULE<br>FOLLOWING EVIDENTIARY HEARING |

On April 28, 2009, the Court conducted an evidentiary hearing concerning Petitioner's claim of jury misconduct. At the conclusion of the hearing, the Court requested that the parties submit briefs concerning the evidence presented at the April 28th hearing.

Accordingly, it is HEREBY ORDERED that:

1) Petitioner shall file a brief within thirty days of receiving notice that the transcript of the April 28, 2009 hearing is available; and

2) Respondent shall file its brief within thirty days of Petitioner's filing.

IT IS SO ORDERED.

**Dated:** **May 1, 2009**            /s/ John M. Dixon
                                             UNITED STATES MAGISTRATE JUDGE