# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL THOMAS HURTH,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>ROSANNE CAMPBELL,<br><br>　　　　　Respondent. | 1:05-CV-00597 OWW JMD HC<br><br>ORDER GRANTING PETITIONER'S SECOND REQUEST FOR ENLARGEMENT OF TIME TO FILE POST-EVIDENTIARY HEARING BRIEF<br>[Doc. 61]<br><br>THIRTY DAY DEADLINE |

On August 21, 2009, Respondent filed a motion to extend time to file a post-evidentiary hearing brief. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty (30) days from the date of service of this order in which to file a post-evidentiary hearing brief.

IT IS SO ORDERED.

**Dated:   August 24, 2009**　　　　　　　　　　/s/ John M. Dixon
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1