# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAUL THOMAS HURTH, | ) | 1:05-CV-00597 OWW JMD HC |
| | ) | |
| Petitioner, | ) | ORDER GRANTING PETITIONER'S |
| | ) | REQUEST FOR ENLARGEMENT OF TIME |
| v. | ) | TO FILE OBJECTIONS [Doc. 71] |
| | ) | |
| | ) | ORDER GRANTING PETITIONER'S |
| ROSANNE CAMPBELL, | ) | MOTION FOR SUBSTITUTION OF |
| | ) | COUNSEL [Doc. 71] |
| Respondent. | ) | |

Petitioner is a State prisoner proceeding with a petition for writ of habeas corpus under 28 U.S.C. § 2254.

On December 30, 2009, Petitioner filed a motion to make the following substitution of attorney:

    1.    Former legal representative:    Kent A. Russell (CA SBN 52021)
                                                             Law Offices of Russell and Russell
                                                            2299 Sutter Street
                                                            San Francisco, California 94115
                                                            (415) 929-8301

    2.    New legal representative:    Proceeding *pro se*

The substitution of attorney is hereby APPROVED.

Petitioner also requested additional time in which to objections to the Magistrate Judge's Findings and Recommendation. Accordingly, good cause having been presented to the Court

1

and good cause appearing therefor, Petitioner's request for an additional thirty (30) days in which to file objections is GRANTED.

IT IS SO ORDERED.

**Dated:     January 7, 2010**                        **/s/ John M. Dixon**
                                                      UNITED STATES MAGISTRATE JUDGE